IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 31 2006

Civil Action No. 06-cv-01237-CBS

JAMES SAINT-VELTRI,

    Plaintiff,

v.

WARDEN DICK SMELSER, et al.,
M.D. S. GARRETT,
M.D. MR. ASTAFAN,
JOHN DOE NO. 1, and
JOHN DOE NO. 2,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    Plaintiff has filed a "Motion for Order for CCCF & CCA to Send Plaintiff an MR-Facility in D.O.C. so Plaintiff Can Work on His Lawsuit Without Being Harassed by Staff at This Prison" in which he requests a transfer to another prison and an extension of time to file an amended complaint. Plaintiff's request for a transfer is DENIED. Plaintiff's request for an extension of time is GRANTED. Plaintiff shall have **thirty (30) days from the date of this minute order** to file a second amended complaint as directed.

Dated: August 31, 2006

Copies of this Minute Order were mailed on August 31, 2006, to the following:

James St. Veltri
Reg. No. 60017
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

                                  Secretary/Deputy Clerk